**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DAN CAMERON, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

HOLOGIC, INC.,

*Defendant*.

Case No. 1:26-cv-13147

**NOTICE OF VOLUNTARY DISMISSAL OF DAN CAMERON WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dan Cameron, individually, hereby gives notice of the voluntary dismissal of this action **without prejudice**, with each party to bear its own costs and attorneys' fees

DATED: August 12, 2026

Respectfully submitted,

*/s/ Christina Xenides*

Christina Xenides (Bar No. 677603)
**SIRI & GLIMSTAD LLP**
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
Phone: (737) 313-8560
Fax: (646) 417-5967
Email: cxenides@sirillp.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 13400- #16982799
Oklahoma City, OK 73102
Phone: (929) 506-5470
Email: tbean@sirillp.com

Grayson Wells*
Darrius D. Dixon*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Ave., Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gwells@stranchlaw.com
ddixon@stranchlaw

**COUNSEL FOR PLAINTIFF AND THE PROPOSED CLASS**

(* denotes *pro hac vice* forthcoming)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 12, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Christina Xenedis*
Christina Xenides